IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

DONALD L. GRIGGS, D.D.S., P.A., AS
PLAN SPONSOR OF, AND PATRICE GRIGGS AS
TRUSTEE FOR, AS A PARTICIPANT IN, AND
ON BEHALF OF THE DONALD L. GRIGGS, D.D.S.,
P.A. PENSION PLAN, ET AL.                                                           PLAINTIFFS

VS.                              CASE NO.  4:07CV01193 JMM

MACK MCALISTER,
MCALISTER & ASSOCIATES, P.A., ET AL.                                       DEFENDANTS

## ORDER

Based upon information provided by the parties, the Court's ERISA Scheduling Order of December 27, 2007, is withdrawn and a new scheduling order allowing for discovery will be issued.

IT IS SO ORDERED THIS   30   day of   January  , 2008.

_____
James M. Moody
United States District Judge