# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**DONALD L. GRIGGS, D.D.S., P. A., ET AL.**                                                              **PLAINTIFFS**

**VS.**                    **CASE NO. 4:07CV001193**

**MACK MCALISTER, ET AL.**                                                              **DEFENDANTS**

## ORDER

Having been notified that a settlement has been reached in this matter, the Court finds that this case should be dismissed with prejudice. The complaint and all claims in this action are hereby dismissed with prejudice and all pending motions are dismissed as moot.

IT IS SO ORDERED this   28   day of   July  , 2008.


_____
James M. Moody
United States District Judge